POFF v. BOLEN

No. 6P86.

Case below: 78 N.C. App. 222.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1986.

SCHUMAN v. INVESTORS TITLE INS. CO.
AND SCHUMAN v. BEEMER

No. 112P86.

Case below: 78 N.C. App. 783.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 May 1986.

STATE v. BURNS

No. 118P86.

Case below: 78 N.C. App. 807.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1986.

STATE v. CAMPANIELLO

No. 19P86.

Case below: 78 N.C. App. 222.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1986.

STATE v. DAYE

No. 115PA86.

Case below: 78 N.C. App. 753.

Petition by the State for discretionary review pursuant to G.S. 7A-31 allowed 6 May 1986.